**CGFD28** (9/19/08)



**ORDERED in the Southern District of Florida on April 28, 2014**

**Laurel M Isicoff**
United States Bankruptcy Judge

---

# United States Bankruptcy Court
## Southern District of Florida
### www.flsb.uscourts.gov

**Case Number: 13–40101–LMI**

**Chapter: 7**

**In re:** *(Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade)*

Delroy John Spaulding
aka Delroy Spaulding

971 N.E. 152nd Street
North Miami Beach, FL 33162–5811

SSN: xxx–xx–7388

# FINAL DECREE

The trustee, Robert A Angueira, having filed a final report that the estate has been fully administered, is discharged and the case is closed.